

1 | GERALD W. FILICE 99657
FILICE LAW OFFICES
2 | 1337 HOWE AVE., SUITE 250
SACRAMENTO, CALIFORNIA 95825
3 | (916) 529-4635

4 | Attorneys for Debtor

12-25966-A-13J
CONV 13 TO 7
DEBTOR: URSULA FILICE
JUDGE: HON. M. MCMANUS

FILED 6/11/12 - 3:24 PM
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION    jtis

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DISTRICT

In re:                                    Case No. 12-25966-A-13J
                                          Chapter 13
URSULA FILICE,

                                          APPLICATION TO CONVERT CASE TO
Debtor.                                   ONE UNDER CHAPTER 7

_____/          Judge McManus

The Debtor, URSULA FILICE, hereby makes application to convert this case, originally filed under Chapter 13 of the United States Bankruptcy Code, to one under Chapter 7 of the United States Bankruptcy Code.

Date: June 11, 2012                       FILICE LAW OFFICES

                                          _____
                                          GERALD W. FILICE
                                          Attorneys for URSULA FILICE

FILICE LAW OFFICES
1337 Howe Ave., Ste. 250
Sacramento, CA 95825
(530) 303-5033

- 1 -

CONSENT TO CONVERSION

1
2
3   I hereby consent to the conversion of this case to one under Chapter 7 of the United
4   States Bankruptcy Code.
5
6   Date: June 11, 2012
    URSULA FILICE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## PROOF OF SERVICE BY ATTORNEY

I, Gerald W. Filice, certify as follows:

I am an active member of the State Bar of California, my business address is 1337 Howe Avenue, Suite 250, Sacramento, CA 95825, and 3200 Danville Blvd., Suite 260, Alamo, CA 94507, and I am not a party to the cause. On the date and at the location set forth below, I served the following documents:

**APPLICATION TO CONVERT CASE TO ONE UNDER CHAPTER 7**

by First Class Mail as follows:

Jan P. Johnson, Trustee
P.O. Box 1708
Sacramento, CA 95812

Executed on June 11, 2012, at Sacramento, California.

_____
GERALD W. FILICE